**Order entered March 6, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00825-CV

### IN THE INTEREST OF W.J.M., A CHILD

**On Appeal from the 254th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-18-09867**

## ORDER

Before the Court is appellant's February 28, 2019 first motion to extend time to file brief.

We **GRANT** the motion and **ORDER** appellant's brief be filed no later than March 29, 2019.

/s/     BILL WHITEHILL
          JUSTICE